# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 252 |
| | : | |
| ORDER AMENDING | : | APPELLATE PROCEDURAL RULES |
| RULE 1115 AND 1116 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published before adoption at 44 Pa.B. 3054 (May 24, 2014):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Appellate Procedure 1115 and 1116 are amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments herein shall be effective 60 days from the date of this Order, and shall apply to petitions for allowance of appeal and answers filed after that date.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.